UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

HILL WALLACK LLP
Elizabeth K. Holdren, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: eholdren@hillwallack.com
Attorneys for Bank of America, N.A., through Carrington Mortgage Services, LLC, servicer and attorney-in-fact

In Re:

JOYCE E. CLARK aka JOYCE E. WOODARD,

Debtor.

Case No.:      18-24207
Chapter:       13
Hearing Date:  April 8, 2020
Judge:         MBK

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Limited Opposition to Debtor's Motion to Reinstate Stay (Doc. 77)    OTBS

Date: April 7, 2020

/s/ Elizabeth K. Holdren
Signature

*rev.8/1/15*