STEVEN N. TAIEB, ESQ.
Attorney at Law
BY */s/ Steven N. Taieb, Esq.*
Steven N. Taieb ST8001
4201 Church Rd., Suite 15
Mt. Laurel, NJ 08054
(856) 235-4994
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
HONORABLE MICHAEL D. KAPLAN

_____

In Re:                                                                                                : CASE NO:   18-24207

JOYCE E. CLARK                                                                        : CHAPTER 13
         Debtor(s)
                                                                                                       : HEARING DATE:   5/27/20
_____

CERTIFICATION OF DEBTOR

Joyce E. Clark, upon her certification says:

1.      I am the debtor in the above matter.

2.      I have filed a modified plan to extend my plan pursuant to the CARES act for an additional 63 months.

3.      As a result of the corona virus, I have been unable to go to work since I take care of two disabled children whose program was shut down due to the corona virus. I lost approximately $3500 in March, 2020 and expect to lose money in April, 2020. Also, my expenses for food and utilities have increase since the 2 children are at home now. As a result, I am asking this honorable court to reduce my trustee payments due to the pandemic.

4.      I hereby certify that the foregoing statements made by me are true. I am aware that if

any of the foregoing statements made by me are willfully false I am subject to punishment.
.

Dated:  4/6/20                                                                  */s/ JOYCE E. CLARK*
                                                                                                JOYCE E. CLARK
                                                                                                Debtor