Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−24207−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joyce E. Clark
   aka Joyce E. Woodard
   24 Derry Drive
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−0234

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 28, 2018.

On 04/14/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date: May 19, 2020
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 15, 2020
JAN: mjb

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Joyce E. Clark  
    Debtor

Case No. 18-24207-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Apr 15, 2020  
                      Form ID: 185     Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2020.

```
db         +Joyce E. Clark,    24 Derry Drive,    Willingboro, NJ 08046-3165
cr         +Steward Financial Services,    c/o Stark & Stark,. P.C.,    993 Lenox Drive,
             Lawrenceville, NJ 08648-2316
517647138  +ARS Account Resolution Svcs,    1801 NW 66th Avenue,    Suite 200C,    Plantation, FL 33313-4571
517647137   Apex Asset Mgmt LLC,    PO Box 5407,    Lancaster, PA 17606-5407
517771971  +Bank of America,    Carrington Mortgage Services,    1600 South Douglass Rd,
             Anaheim, CA 92806-5948
517647140  +Bank of America Home Loans,    450 American Street,    Suite SV416,    Simi Valley, CA 93065-6285
517768007  +Bank of America, N.A.,    c/o Carrington Mortgage Services, LLC,    P.O. Box 3730,
             Anaheim, CA 92803-3730
517749365   EMERG PHY ASSOC OF S.JERSEY,PC,    PO Box 1123,    Minneapolis, MN 55440-1123
517647143  +Eastern Acct Systems,    75 Glen Road, Ste. 110,    Sandy Hook, CT 06482-1170
517647144   Emergency Physicians Associates of S. Je,     PO Box 1109,    Minneapolis, Alabama 55440-1109
517647145  +IC Systems Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
517647146  +Joseph Mann and Creed,    20600 Chagrin Blvd.,    Suite 500,    Shaker Heights, OH 44122-5346
517647147  +KML Law Group, P.C.,    Attn: Kristina G. Murtha, Esq.,    216 Haddon Avenue, Ste. 406,
             Westmont, New Jersey 08108-2812
517647149   Midnight Velvet,    Attn Creditors Bankruptcy Svc,    PO Box 7409233,    Dallas, TX 75374
517647152  +Quality Asset Recovery,    7 Foster Ave., Ste. 101,    Gibbsboro, NJ 08026-1191
517647154  +RJM Acq LLC,    575 Underhill Blvd., Ste. 224,    Syosset, NY 11791-3416
517647153  +Rickart Collections Systems,    575 Milltown Rd.,    North Brunswick, NJ 08902-3336
517647155  +Stark & Stark,    401 Rt. 73 N., Ste. 130,    Marlton, NJ 08053-3428
517647156  +Steward Financial Services,    444 Kings Highway, Ste. 200,    Maple Shade, NJ 08052-3427
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Apr 15 2020 23:12:14      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 15 2020 23:12:13      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517647132  +E-mail/Text: mary.stewart@abcofcu.org Apr 15 2020 23:12:39      ABCO Federal Credit Union,
             PO Box 247,    Rancocas, NJ 08073-0247
517647133  +E-mail/Text: EBNProcessing@afni.com Apr 15 2020 23:12:19      AFNI,    PO Box 3667,
             Bloomington, Illinois 61702-3667
517752669  +E-mail/Text: g20956@att.com Apr 15 2020 23:12:32      AT&T Mobility II LLC,
             %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
             BEDMINSTER, NJ. 07921-2693
517647139  +E-mail/Text: g20956@att.com Apr 15 2020 23:12:32      AT&T Mobility II LLC,
             Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
517647134  +E-mail/Text: bncmail@w-legal.com Apr 15 2020 23:12:20      Altair OH XIII, LLC,
             C O Weinstein & Riley, PS,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
517647135  +E-mail/Text: bankruptcies@amerassist.com Apr 15 2020 23:12:51      Amerassist AR Solutions,
             445 Hutchinson Avenue,    Ste. 500,    Columbus, OH 43235-8616
517647136   E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 15 2020 23:17:49      American InfoSource LP,
             Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
517725448  +E-mail/Text: bnc@atlasacq.com Apr 15 2020 23:11:41      Atlas Acquisitions LLC,    294 Union St.,
             Hackensack, NJ 07601-4303
517647141  +E-mail/Text: clientrep@capitalcollects.com Apr 15 2020 23:12:46      Capital Collection Services,
             PO Box 150,    West Berlin, NJ 08091-0150
517647142   E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 15 2020 23:16:26      Capital One, N.A.,
             PO Box 71083,    Charlotte, NC 28272-1083
517647148   E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2020 23:17:09      LVNV Funding, LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517712451   E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2020 23:17:10
             LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517647150  +E-mail/Text: egssupportservices@alorica.com Apr 15 2020 23:12:21      NCO Credit Services,
             507 Prudential Road,    Horsham, PA 19044-2308
517647151   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 15 2020 23:16:29
             Portfolio Recovery Associates, LLC,    c/o Capital One/HSBC,    PO Box 41067,
             Norfolk, VA 23541
517647157  +E-mail/Text: bkr@virtuososourcing.com Apr 15 2020 23:12:47      Virtuoso Source Group,
             4500 E Cherry Creek S Dr,    Denver, CO 80246-1500
517647158   E-mail/Text: bnc-bluestem@quantum3group.com Apr 15 2020 23:12:35      WEBB Fingerhut,
             6520 Ridgewood Road,    Saint Cloud, MN 56303
                                                                                               TOTAL: 18
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-3           User: admin              Page 2 of 2                 Date Rcvd: Apr 15, 2020
                               Form ID: 185             Total Noticed: 37

517755025*       +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
517764156*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    c/o Capital One/Hsbc,
                   POB 41067,    Norfolk VA 23541)
517647131      ##+A1 Collections Svcs,    101 Grovers Mill Rd,    Ste. 303,    Lawrenceville, NJ 08648-4706
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2020 at the address(es) listed below:
```
          Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
          Albert Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   Bank of America, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Elizabeth K. Holdren    on behalf of Creditor   BANK OF AMERICA, N.A. eholdren@hillwallack.com,
           jhanley@hillwallack.com;hwbknj@hillwallack.com
          Elizabeth K. Holdren    on behalf of Creditor   Bank of America, N.A., through Carrington Mortgage
           Services, LLC, servicer and attorney-in-fact eholdren@hillwallack.com,
           jhanley@hillwallack.com;hwbknj@hillwallack.com
          Jennifer D. Gould    on behalf of Creditor   Steward Financial Services jgould@stark-stark.com,
           mdepietro@stark-stark.com
          Steven N. Taieb    on behalf of Debtor Joyce E. Clark staieb@comcast.net,   sntgale@aol.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```