Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 18−24207−MBK  
Chapter: 13  
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
Joyce E. Clark  
aka Joyce E. Woodard  
24 Derry Drive  
Willingboro, NJ 08046

Social Security No.:  
xxx−xx−0234

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:    6/24/20  
Time:    02:00 PM  
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)  
Steven N. Taieb, Debtor's Attorney,

COMMISSION OR FEES  
fee: $1300

EXPENSES  
expenses: $50

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 29, 2020
JAN:

                                                Jeanne Naughton
                                                Clerk

Case 18-24207-MBK    Doc 94    Filed 05/31/20    Entered 06/01/20 00:28:12    Desc Imaged
Certificate of Notice    Page 2 of 4

```
                         United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                              Case No. 18-24207-MBK
Joyce E. Clark                                                      Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2              Date Rcvd: May 29, 2020
                             Form ID: 137             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2020.
```
db             +Joyce E. Clark,    24 Derry Drive,    Willingboro, NJ 08046-3165
cr             +Steward Financial Services,    c/o Stark & Stark,. P.C.,    993 Lenox Drive,
                 Lawrenceville, NJ 08648-2316
517647131       A1 Collections Svcs,    2297 Highway 33,    Ste 906,    Trenton, NJ 08690-1717
517647138      +ARS Account Resolution Svcs,    1801 NW 66th Avenue,    Suite 200C,    Plantation, FL 33313-4571
517647137       Apex Asset Mgmt LLC,    PO Box 5407,    Lancaster, PA 17606-5407
517771971      +Bank of America,    Carrington Mortgage Services,    1600 South Douglass Rd,
                 Anaheim, CA 92806-5948
517647140      +Bank of America Home Loans,    450 American Street,    Suite SV416,    Simi Valley, CA 93065-6285
517768007      +Bank of America, N.A.,    c/o Carrington Mortgage Services, LLC,    P.O. Box 3730,
                 Anaheim, CA 92803-3730
517749365       EMERG PHY ASSOC OF S.JERSEY,PC,    PO Box 1123,    Minneapolis, MN 55440-1123
517647143      +Eastern Acct Systems,    75 Glen Road, Ste. 110,    Sandy Hook, CT 06482-1170
517647144       Emergency Physicians Associates of S. Je,    PO Box 1109,    Minneapolis, Alabama 55440-1109
517647145      +IC Systems Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
517647146      +Joseph Mann and Creed,    20600 Chagrin Blvd.,    Suite 500,    Shaker Heights, OH 44122-5346
517647147      +KML Law Group, P.C.,    Attn: Kristina G. Murtha, Esq.,    216 Haddon Avenue, Ste. 406,
                 Westmont, New Jersey 08108-2812
517647149       Midnight Velvet,    Attn Creditors Bankruptcy Svc,    PO Box 7409233,    Dallas, TX 75374
517647152      +Quality Asset Recovery,    7 Foster Ave., Ste. 101,    Gibbsboro, NJ 08026-1191
517647154      +RJM Acq LLC,    575 Underhill Blvd., Ste. 224,    Syosset, NY 11791-3416
517647153      +Rickart Collections Systems,    575 Milltown Rd.,    North Brunswick, NJ 08902-3336
517647155      +Stark & Stark,    401 Rt. 73 N., Ste. 130,    Marlton, NJ 08053-3428
517647156      +Steward Financial Services,    444 Kings Highway, Ste. 200,    Maple Shade, NJ 08052-3427
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 30 2020 00:28:38     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2020 00:28:34     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517647132      +E-mail/Text: mary.stewart@abcofcu.org May 30 2020 00:29:20     ABCO Federal Credit Union,
                 PO Box 247,    Rancocas, NJ 08073-0247
517647133      +E-mail/Text: EBNProcessing@afni.com May 30 2020 00:28:46     AFNI,   PO Box 3667,
                 Bloomington, Illinois 61702-3667
517752669      +E-mail/Text: g20956@att.com May 30 2020 00:29:11     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
517647139      +E-mail/Text: g20956@att.com May 30 2020 00:29:11     AT&T Mobility II LLC,
                 Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
517647134      +E-mail/Text: bncmail@w-legal.com May 30 2020 00:28:48     Altair OH XIII, LLC,
                 C O Weinstein & Riley, PS,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
517647135      +E-mail/Text: bankruptcies@amerassist.com May 30 2020 00:29:37     Amerassist AR Solutions,
                 445 Hutchinson Avenue,    Ste. 500,    Columbus, OH 43235-8616
517647136       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 30 2020 00:33:37     American InfoSource LP,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
517725448      +E-mail/Text: bnc@atlasacq.com May 30 2020 00:27:34     Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
517647141      +E-mail/Text: clientrep@capitalcollects.com May 30 2020 00:29:32     Capital Collection Services,
                 PO Box 150,    West Berlin, NJ 08091-0150
517647142       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 30 2020 00:34:15     Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC 28272-1083
517647148       E-mail/PDF: resurgentbknotifications@resurgent.com May 30 2020 00:34:30     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517712451       E-mail/PDF: resurgentbknotifications@resurgent.com May 30 2020 00:33:33
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517647150      +E-mail/Text: egssupportservices@alorica.com May 30 2020 00:28:48     NCO Credit Services,
                 507 Prudential Road,    Horsham, PA 19044-2308
517647151       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2020 00:33:28
                 Portfolio Recovery Associates, LLC,    c/o Capital One/HSBC,    PO Box 41067,
                 Norfolk, VA 23541
517647157      +E-mail/Text: bkr@virtuososourcing.com May 30 2020 00:29:32     Virtuoso Source Group,
                 4500 E Cherry Creek S Dr,    Denver, CO 80246-1500
517647158       E-mail/Text: bnc-bluestem@quantum3group.com May 30 2020 00:29:12     WEBB Fingerhut,
                 6520 Ridgewood Road,    Saint Cloud, MN 56303
                                                                                              TOTAL: 18
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: May 29, 2020
                              Form ID: 137             Total Noticed: 38

517755025*     +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
517764156*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   c/o Capital One/Hsbc,
                 POB 41067,   Norfolk VA 23541)
                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    BANK OF AMERICA, N.A. eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Elizabeth K. Holdren    on behalf of Creditor    Bank of America, N.A., through Carrington Mortgage
               Services, LLC, servicer and attorney-in-fact eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Jennifer D. Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,
               mdepietro@stark-stark.com
              Steven N. Taieb    on behalf of Debtor Joyce E. Clark staieb@comcast.net,   sntgale@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 8
```