6/12/2020 Xfinity Connect U_S_Bankruptcy Court, District of New Jersey 2 Returned Mail Notice, In re_ Joyce E_Clark, Case Number_ 18-24207, ...

Case 18-24207-MBK    Doc 98    Filed 06/12/20    Entered 06/12/20 09:26:20    Desc Main
Document      Page 1 of 1

**usbankruptcycourts@noticingcenter.com**                                6/11/2020 3:45 PM

# U.S. Bankruptcy Court, District of New Jersey - Returned Mail Notice, In re: Joyce E. Clark, Case Number: 18-24207, MBK, Ref: [p-151468859]

To staieb@comcast.net

Notice of Returned Mail to Debtor/Debtor's Attorney

June 11, 2020

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Joyce E. Clark, Case Number 18-24207, MBK

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608**

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

RJM Acq LLC
575 Underhill Blvd., Ste. 224
Syosset, NY 11791-3416

THE UPDATED ADDRESS IS:

RJM Acquisition, LLC
575 Underhill Blvd, Suite 224
Syosset, NY 11791-3416

_____                   6/12/20
Signature of Debtor or Debtor's Attorney        Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

- R_P318242071370329.PDF (7 KB)