UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEVEN N. TAIEB,
Attorney at Law
BY___/s/Steven N. Taieb,Esquire_____
  Steven N. Taieb, ST8001
4201 Church Rd., Suite 15
Mt. Laurel, NJ 08054
(856) 235-4994

**Order Filed on June 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Joyce E. Clark

Case No.:    18-24207

Chapter:    13

Judge:    MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 26, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Steven N. Taieb,Esquire_____, the applicant, is allowed a fee of $ _____1300_____ for services rendered and expenses in the amount of $_____50_____ for a total of $_____1350_____ . The allowance is payable:

$850    ☒ through the Chapter 13 plan as an administrative priority.

$500    ☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1512_____ per month for _____54_____ months to allow for payment of the above fee.

*rev.8/1/15*