| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee<br>CN 4853<br>Trenton, NJ  08650-4853 | Albert Russo, Trustee<br>PO Box 933<br>Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-24207 / MBK**

Joyce E. Clark

Petition Filed Date: 07/16/2018
341 Hearing Date: 08/16/2018
Confirmation Date: 09/12/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/06/2020 | $1,000.00 | 26310236670 | 03/06/2020 | $1,000.00 | 26310236668 | 03/06/2020 | $1,000.00 | 26310236657 |
| 03/06/2020 | $500.00 | 26310236635 | 03/06/2020 | $1,000.00 | 26310236646 | 04/07/2020 | $1,000.00 | 26571258808 |
| 04/07/2020 | $1,000.00 | 26571258810 | 05/18/2020 | $1,000.00 | 26571266515 | 05/18/2020 | $500.00 | 26571266526 |
| 06/30/2020 | $550.00 | 26660746271 | 06/30/2020 | $1,000.00 | 26660746260 | 08/04/2020 | $560.00 | 26753039695 |
| 08/04/2020 | $1,000.00 | 26753039684 | 09/14/2020 | $550.00 | 26802171865 | 09/14/2020 | $1,000.00 | 26802171854 |
| 11/09/2020 | $1,000.00 | 27032053961 | 11/09/2020 | $1,000.00 | 27032053950 | 11/09/2020 | $800.00 | 27032053972 |

**Total Receipts for the Period:  $15,460.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $35,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Joyce E. Clark | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQ.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $381.79 | $0.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQ.<br>»»  ORDER 8/16/18 | Attorney Fees | $558.58 | $558.58 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»»  FNBM/CREDIT ONE | Unsecured Creditors | $823.94 | $0.00 | $0.00 |
| 3 | EMERGENCY PHYSICIAN ASSOC. OF S. JERSEY | Unsecured Creditors | $2,298.60 | $0.00 | $0.00 |
| 4 | AT&T MOBILITY II LLC | Unsecured Creditors | $1,051.61 | $0.00 | $0.00 |
| 5 | ATLAS ACQUISITIONS LLC<br>»»  SECURITY CREDIT SERVICES/TEMPOE | Unsecured Creditors | $1,410.50 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE/HSBC | Unsecured Creditors | $334.93 | $0.00 | $0.00 |
| 7 | BANK OF AMERICA, NA<br>»»  P/24 DERRY DR/1ST MTG | Mortgage Arrears | $86,369.80 | $24,851.23 | $61,518.57 |
| 8 | ALTAIR OH XIII, LLC<br>»»  CITIBANK | Unsecured Creditors | $8,463.00 | $0.00 | $0.00 |
| 9 | Steward Financial Services<br>»»  2007 LEXUS ES 350/CRAM/CONS ORD 3/15/19 | Debt Secured by Vehicle | $6,825.00 | $1,963.77 | $4,861.23 |
| 0 | STEVEN N. TAIEB, ESQ.<br>»»  ORDER 12/19/18 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 10 | BANK OF AMERICA, NA<br>»»  24 DERRY DRIVE/ORDER 1/4/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

| 0 | STEVEN N. TAIEB, ESQ.<br>»»  ORDER 8/28/19 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 11 | BANK OF AMERICA, NA<br>»»  24 DERRY DRIVE/ORDER 10/7/19 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQ.<br>»»  ORDER 12/27/19 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQ.<br>»»  ORDER 6/26/20 | Attorney Fees | $850.00 | $850.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,200.00 | Percent to General Unsecured Creditors: | 0% |
| Paid to Claims: | $32,654.58 | Current Monthly Payment: | $1,512.00 |
| Paid to Trustee: | $2,545.42 | Arrearages: | $6,136.00 |
| Funds on Hand: | $0.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**