UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ    08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Joyce E. Clark

Debtor(s)

Case No.: 18-24207 / MBK

Judge: Michael B. Kaplan

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 12/9/2021, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  12/9/2021

/s/  Kierstyn Buchanan
       Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Joyce E. Clark<br>24 Derry Drive<br>Willingboro, NJ  08046 | Debtor(s) | Regular Mail |
| STEVEN N. TAIEB, ESQ.<br>ELLIPSE SHOPPING CENTER<br>4201 CHURCH RD, STE 15<br>MT. LAUREL, NJ  08054 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |