Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–24207–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Joyce E. Clark
  aka Joyce E. Woodard
  24 Derry Drive
  Willingboro, NJ 08046

Social Security No.:
  xxx–xx–0234

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 1/12/22 at 09:00 AM

to consider and act upon the following:

*122* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 12/23/2021. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 12/22/21

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court