| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 18-24207 / MBK

Joyce E. Clark

Petition Filed Date: 07/16/2018
341 Hearing Date: 08/16/2018
Confirmation Date: 09/12/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/26/2021 | $100.00 | 27032098893 | 02/26/2021 | $1,000.00 | 27032098871 | 02/26/2021 | $1,000.00 | 27032098860 |
| 02/26/2021 | $1,000.00 | 27032098882 | 03/02/2021 | $1,000.00 | 26846106208 | 03/02/2021 | $550.00 | 26846106197 |
| 03/09/2021 | $1,000.00 | 26896263096 | 03/09/2021 | $550.00 | 26896263107 | 07/20/2021 | $1,000.00 | 27229071600 |
| 07/20/2021 | $1,000.00 | 27229071587 | 07/20/2021 | $1,000.00 | 27229071598 | 09/07/2021 | $1,000.00 | 27688925878 |
| 09/07/2021 | $500.00 | 27688925880 | 01/07/2022 | $6,000.00 | 6768303027 | | | |

**Total Receipts for the Period: $16,700.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $51,900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Joyce E. Clark | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQ.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $381.79 | $0.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQ.<br>»»  ORDER 8/16/18 | Attorney Fees | $558.58 | $558.58 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»»  FNBM/CREDIT ONE | Unsecured Creditors | $823.94 | $0.00 | $0.00 |
| 3 | EMERGENCY PHYSICIAN ASSOC. OF S. JERSEY | Unsecured Creditors | $2,298.60 | $0.00 | $0.00 |
| 4 | AT&T MOBILITY II LLC | Unsecured Creditors | $1,051.61 | $0.00 | $0.00 |
| 5 | ATLAS ACQUISITIONS LLC<br>»»  SECURITY CREDIT SERVICES/TEMPOE | Unsecured Creditors | $1,410.50 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE/HSBC | Unsecured Creditors | $334.93 | $0.00 | $0.00 |
| 7 | BANK OF AMERICA, NA<br>»»  P/24 DERRY DR/1ST MTG | Mortgage Arrears | $86,369.80 | $33,312.89 | $53,056.91 |
| 8 | DYRIS, LLC<br>»»  CITIBANK/ALTAIR | Unsecured Creditors | $8,463.00 | $0.00 | $0.00 |
| 9 | Steward Financial Services<br>»»  2007 LEXUS ES 350/CRAM/CONS ORD 3/15/19 | Debt Secured by Vehicle | $6,825.00 | $2,632.41 | $4,192.59 |
| 0 | STEVEN N. TAIEB, ESQ.<br>»»  ORDER 12/19/18 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 10 | BANK OF AMERICA, NA<br>»»  24 DERRY DRIVE/ORDER 1/4/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**Chapter 13 Case No. 18-24207 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 0 | STEVEN N. TAIEB, ESQ.<br>»»  ORDER 8/28/19 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 11 | BANK OF AMERICA, NA<br>»»  24 DERRY DRIVE/ORDER 10/7/19 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQ.<br>»»  ORDER 12/27/19 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQ.<br>»»  ORDER 6/26/20 | Attorney Fees | $850.00 | $850.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQ.<br>»»  ORDER 4/1/21 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 0 | STEVEN N. TAIEB, ESQ.<br>»»  ORDER 8/9/21 | Attorney Fees | $400.00 | $400.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $51,900.00 | Percent to General Unsecured Creditors: | 0% |
| Paid to Claims: | $42,584.88 | Current Monthly Payment: | $1,591.00 |
| Paid to Trustee: | $3,819.12 | Arrearages: | $5,127.00 |
| Funds on Hand: | $5,496.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

**View your case information online for *FREE*!** Register today at **www.ndc.org** or scan this code to get started.

