UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STEVEN N. TAIEB,
Attorney at Law
BY____/s/Steven N. Taieb,Esquire_____
  Steven N. Taieb, ST8001
4201 Church Rd., Suite 15
Mt. Laurel, NJ 08054
(856) 235-4994

Order Filed on March 3, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joyce E. Clark

Case No.:  18-24207

Chapter:  13

Judge:  MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 3, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Steven N. Taieb, Esquire_____, the applicant, is allowed a fee of $ _____400_____ for services rendered and expenses in the amount of $_____ for a total of $_____400_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1760_____ per month for _____33_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Joyce E. Clark  
    Debtor

Case No. 18-24207-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 03, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joyce E. Clark, 24 Derry Drive, Willingboro, NJ 08046-3165 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Bank of America N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor BANK OF AMERICA N.A. eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Elizabeth K. Holdren | on behalf of Creditor Bank of America N.A., through Carrington Mortgage Services, LLC, servicer and attorney-in-fact eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 03, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Jennifer D. Gould
    on behalf of Creditor Steward Financial Services jgould@stark-stark.com mdepietro@stark-stark.com

Steven N. Taieb
    on behalf of Debtor Joyce E. Clark staieb@comcast.net sntgale@aol.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8