Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−24207−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Joyce E. Clark
  aka Joyce E. Woodard
  24 Derry Drive
  Willingboro, NJ 08046

Social Security No.:
  xxx−xx−0234

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/8/22 at 09:00 AM

to consider and act upon the following:

*133* − Creditor's Certification of Default (related document:74 Motion To Reinstate Stay as to Creditor, Carrington Mortgage Services, LLC filed by Debtor Joyce E. Clark) filed by Elizabeth K. Holdren on behalf of Bank of America, N.A., through Carrington Mortgage Services, LLC, servicer and attorney−in−fact. Objection deadline is 05/31/2022. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Holdren, Elizabeth)

Dated: 5/27/22

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court