Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−24207−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joyce E. Clark
   aka Joyce E. Woodard
   24 Derry Drive
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−0234

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/27/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 27, 2023
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-24207-MBK |
| Joyce E. Clark | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 27, 2023 | Form ID: 148 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joyce E. Clark, 24 Derry Drive, Willingboro, NJ 08046-3165 |
| cr | + | Steward Financial Services, c/o Stark & Stark,. P.C., 993 Lenox Drive, Lawrenceville, NJ 08648-2316 |
| 517647131 | | A1 Collections Svcs, 2297 Highway 33, Ste 906, Trenton, NJ 08690-1717 |
| 517647138 | + | ARS Account Resolution Svcs, 1801 NW 66th Avenue, Suite 200C, Plantation, FL 33313-4508 |
| 517647137 | | Apex Asset Mgmt LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 517647144 | | Emergency Physicians Associates of S. Je, PO Box 1109, Minneapolis, Alabama 55440-1109 |
| 517647146 | + | Joseph Mann and Creed, 20600 Chagrin Blvd., Suite 500, Shaker Heights, OH 44122-5346 |
| 517647149 | | Midnight Velvet, Attn Creditors Bankruptcy Svc, PO Box 7409233, Dallas, TX 75374 |
| 517647152 | + | Quality Asset Recovery, 7 Foster Ave., Ste. 101, Gibbsboro, NJ 08026-1191 |
| 517647154 | | RJM Acquisitions LLC, 575 Underhill Blvd., Ste. 224, Syosset, NY 11791-3416 |
| 517647153 | + | Rickart Collections Systems, 575 Milltown Rd., North Brunswick, NJ 08902-3336 |
| 517647155 | + | Stark & Stark, 401 Rt. 73 N., Ste. 130, Marlton, NJ 08053-3428 |
| 517647157 | + | Virtuoso Source Group, 4500 E Cherry Creek S Dr, Denver, CO 80246-1518 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 27 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 27 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517647132 | + | Email/Text: collections@abcofcu.org | Apr 27 2023 20:39:00 | ABCO Federal Credit Union, PO Box 247, Rancocas, NJ 08073-0247 |
| 517647133 | + | Email/Text: EBNProcessing@afni.com | Apr 27 2023 20:39:00 | AFNI, PO Box 3667, Bloomington, Illinois 61702-3667 |
| 517647139 | + | EDI: CINGMIDLAND.COM | Apr 28 2023 00:25:00 | AT&T Mobility II LLC, Karen Cavagnaro, Paralegal, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 517752669 | + | EDI: CINGMIDLAND.COM | Apr 28 2023 00:25:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 517755025 | | EDI: ATLASACQU | Apr 28 2023 00:25:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 517725448 | | EDI: ATLASACQU | Apr 28 2023 00:25:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

| Recipient | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 517647134 | + | Email/Text: bncmail@w-legal.com | Apr 27 2023 20:39:00 | Altair OH XIII, LLC, C O Weinstein & Riley, PS, 2001 Western Avenue, Ste. 400, Seattle, WA 98121-3132 |
| 517647135 | + | Email/Text: bankruptcies@amerassist.com | Apr 27 2023 20:39:00 | Amerassist AR Solutions, 445 Hutchinson Avenue, Ste. 500, Columbus, OH 43235-8616 |
| 517647136 | | EDI: AIS.COM | Apr 28 2023 00:25:00 | American InfoSource LP, Midland Funding LLC, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 517771971 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 27 2023 20:38:00 | Bank of America, Carrington Mortgage Services, 1600 South Douglass Rd, Anaheim, CA 92806-5948 |
| 517647140 | + | EDI: BANKAMER.COM | Apr 28 2023 00:25:00 | Bank of America Home Loans, 450 American Street, Suite SV416, Simi Valley, CA 93065-6285 |
| 517768007 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 27 2023 20:38:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, P.O. Box 3730, Anaheim, CA 92803-3730 |
| 517647141 | + | Email/Text: amanda@cascollects.com | Apr 27 2023 20:39:00 | Capital Collection Services, PO Box 150, West Berlin, NJ 08091-0150 |
| 517647142 | | EDI: CAPITALONE.COM | Apr 28 2023 00:25:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 519284642 | + | Email/Text: bncmail@w-legal.com | Apr 27 2023 20:39:00 | Dyris, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121, Dyris, LLC, c/o Weinstein & Riley, P.S. 98121-3132 |
| 519284641 | + | Email/Text: bncmail@w-legal.com | Apr 27 2023 20:39:00 | Dyris, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 517749365 | ^ | MEBN | Apr 27 2023 20:32:30 | EMERG PHY ASSOC OF S.JERSEY,PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 517647143 | ^ | MEBN | Apr 27 2023 20:34:11 | Eastern Acct Systems, 75 Glen Road, Ste. 110, Sandy Hook, CT 06482-1175 |
| 517647145 | + | EDI: LCIICSYSTEM | Apr 28 2023 00:25:00 | IC Systems Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 517647148 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2023 20:42:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517712451 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2023 20:42:30 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517647150 | + | Email/Text: egssupportservices@alorica.com | Apr 27 2023 20:39:00 | NCO Credit Services, 507 Prudential Road, Horsham, PA 19044-2308 |
| 517647151 | | EDI: PRA.COM | Apr 28 2023 00:25:00 | Portfolio Recovery Associates, LLC, c/o Capital One/HSBC, PO Box 41067, Norfolk, VA 23541 |
| 517647152 | ^ | MEBN | Apr 27 2023 20:34:27 | Quality Asset Recovery, 7 Foster Ave., Ste. 101, Gibbsboro, NJ 08026-1191 |
| 517647156 | | Email/Text: peritus@ebn.phinsolutions.com | Apr 27 2023 20:39:00 | Steward Financial Services, c/o Peritus Portfolio Services II LLC, POB 141419, Irving, TX 75014-1419 |
| 517647157 | + | Email/Text: bkr@virtuososourcing.com | Apr 27 2023 20:39:00 | Virtuoso Source Group, 4500 E Cherry Creek S Dr, Denver, CO 80246-1518 |
| 517647158 | | EDI: BLUESTEM | Apr 28 2023 00:25:00 | WEBB Fingerhut, 6520 Ridgewood Road, Saint Cloud, MN 56303 |

TOTAL: 29

# BYPASSED RECIPIENTS

Case 18-24207-MBK    Doc 148    Filed 04/29/23    Entered 04/30/23 00:15:03    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: 148 | Total Noticed: 40 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517764156 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Capital One/Hsbc, POB 41067, Norfolk VA 23541 |
| 517647147 | ##+ | KML Law Group, P.C., Attn: Kristina G. Murtha, Esq., 216 Haddon Avenue, Ste. 406, Westmont, New Jersey 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2023                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Bank of America N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor BANK OF AMERICA N.A. eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Elizabeth K. Holdren | on behalf of Creditor Bank of America N.A., through Carrington Mortgage Services, LLC, servicer and attorney-in-fact eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Elizabeth K. Holdren | on behalf of Creditor Bank of America N.A. eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Jennifer D. Gould | on behalf of Creditor Steward Financial Services jennifer.gould@volvo.com mdepietro@stark-stark.com |
| Steven N. Taieb | on behalf of Debtor Joyce E. Clark staieb@comcast.net sntgale@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9